IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:06-00117 |
| | ) | Judge Trauger |
| JAMES RANDALL JENNINGS | ) | |

**O R D E R**

A revocation hearing was held on December 20, 2012, and the parties announced an agreed disposition. Upon the defendant's plea of no contest to the two violations set out in the Petition (Docket No. 108), it is hereby **ORDERED** that his supervised release is **REVOKED**, and he is sentenced to serve six (6) months in custody, to be followed by one (1) year of supervised release under the same conditions.

It is so **ORDERED.**

Enter this 20th day of December 2012.

_____
ALETA A. TRAUGER
United States District Judge