PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: James Randall Jennings        Case Number: 3:06-00117

Name of Current Judicial Officer: Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: April 25, 2008

Original Offense: 18 U.S.C. § 1343 Wire Fraud

Original Sentence: 37 months' custody followed by three years' supervised release

Revocation Sentence: Six months' custody followed by one year supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: May 28, 2013

Assistant U.S. Attorney: Hilliard H. Hester        Defense Attorney: Richard Tennent

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allowed to terminate from supervision still owing restitution.**

Considered this 29th day of April, 2014,
and made a part of the records in the above case.

Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Kimberly Haney
U.S. Probation Officer

Place    Nashville, Tennessee

Date    April 28, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall pay $87,500 restitution in monthly installments in an amount recommended by the probation officer and approved by the Court, but the minimum monthly rate shall not be less than 10% of the defendant's gross monthly income:**

   James Randall Jennings has paid $2,289 towards his restitution. His last payment was on October 9, 2012, in the amount of $120. On August 1, 2011, Your Honor was previously notified regarding Mr. Jennings non-compliance with making restitution payments. Mr. Jennings' supervision was subsequently revoked on August 19, 2011, and he was ordered to pay $120 per month towards his restitution rather than 10% of his gross monthly income. Your Honor was notified regarding Mr. Jennings' commission of new criminal conduct on October 24, 2012, and his supervision was revoked. He was ordered to serve six months' custody followed by 12 months' supervised release. Since his release, Mr. Jennings has not complied with payment towards his restitution.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Jennings is currently employed at Travelland Motel located at 1111 Louisville Highway, Millersville, Tennessee. Mr. Jennings resides at the motel as well. As previously stated, Mr. Jennings has not been compliant with his restitution payments. However, the probation officer confirmed with the Financial Litigation Unit (FLU) that Mr. Jennings is a participant in the Treasury Offset Program whereas any future income tax return refunds will be garnished as payment towards his restitution. The FLU also has a property lien waged against any property Mr. Jennings may have in Davidson County, Tennessee. Mr. Jennings is in compliance with all other standard rules and conditions of supervision. His term of probation is scheduled to expire on May 27, 2014.

### U.S. Probation Officer Recommendation:

It is recommended he be allowed to terminate from supervision still owing restitution. If he does not continue to make appropriate payments after his supervision expires, the U.S. Attorney's Office may garnish his income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
   Britton Shelton
   Supervisory U.S. Probation Officer

Offender's Address
James Randall Jennings
c/o Travelland Motel
1111 Louisville Highway
Goodlettesville, Tennessee 37072